IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 07-511 |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION OF INTERPLEADER PLAINTIFF FOR AN ORDER:
(I) AUTHORIZING PAYMENT OF FUNDS INTO COURT; (II) GRANTING
ATTORNEYS' FEES; AND (III) AUTHORIZING DISCHARGE FROM FURTHER
LIABILITY AND DISMISSAL FROM ACTION**

The United States Life Insurance Company in the City of New York ("US Life"), by and through its undersigned attorneys, hereby submits this motion for an order: (I) authorizing payment of funds into Court; (II) granting US Life its attorneys' fees incurred in bringing this interpleader action; and (III) authorizing discharge of US Life from further liability and dismissal of US Life from the case. In support of this motion, US Life respectfully states as follows:

1. Plaintiff US Life issued a combined basic and supplemental life insurance policy to Lisa P. Withrow in the amount of $36,400.00 (the "Policy"). (D.I. 1 at ¶ 2).

2. Defendant James P. Withrow was Ms. Withrow's husband at the time of Ms. Withrow's death on May 24, 2007 and was the sole named primary beneficiary under the Policy until the day prior to her death. (D.I. 1 at ¶ 3).

3. Defendant Myung Pham LeGro is Ms. Withrow's sister and was the sole named primary beneficiary under the Policy at the time of Ms. Withrow's death. (D.I. 1 at ¶ 4).

4. Since Ms. Withrow's death on May 24, 2007, Mr. Withrow has notified US Life that he will contest any disbursement of Ms. Withrow's life insurance benefits under the Policy (the "Funds") to Ms. LeGro. (D.I. 1 at ¶ 4). Among other things, Mr. Withrow has notified US Life that he will challenge the change of benefits, dated May 23, 2007, naming Ms. LeGro as the primary beneficiary and Ms. Withrow's competency to execute such a document. (D.I. 1 at ¶ 4).

5. US Life is a mere stakeholder of the Funds under the Policy.

6. Since Ms. Withrow's death, both Mr. Withrow and Ms. LeGro have claimed a right to the Funds.

7. On August 21, 2007, US Life brought this interpleader action in order to obtain a Court determination as to the proper claimant to the Funds.

8. As of today, US Life has incurred approximately $2850.00 in costs and reasonable attorneys' fees in connection with bringing this action, which has included, among other things, drafting and filing the complaint, reviewing the file and correspondence among the parties, and research. *See* Affidavit of Carolyn S. Hake, attached hereto as Exhibit A.

9. US Life seeks authority, pursuant to 28 U.S.C. § 1335 and Fed. R. Civ. P. 67, to deposit the Funds with the Clerk of the Court, less costs and reasonable attorneys' fees incurred by US Life in bringing this action. Because US Life makes no claim to the Funds and seeks to deposit the Funds into Court, US Life is a disinterested stakeholder and is, therefore, entitled to its costs and reasonable attorneys' fees incurred in bringing this action. *See Transamerica Premier Ins. Co. v. Growney*, 70 F.3d 123, 1995 WL 675368, *1 (10th Cir. 1995); *United Bank of Denver, Nat'l Ass'n v. Oxford Props., Inc.*, 683 F. Supp. 755, 756-57 (D. Colo. 1988).

10. Pursuant to 28 U.S.C. § 2361, US Life further seeks to be dismissed from the case and discharged from any and all liability relating to or concerning the Policy and the Funds.

WHEREFORE, US Life respectfully requests that the Court enter an order:

a.   granting US Life $2850.00 in costs and reasonable attorneys' fees incurred in bringing this action;

b.   authorizing the deposit of the Funds with the Clerk of the Court, less costs and reasonable attorneys' fees awarded above, with the Clerk of the Court;

c.   dismissing US Life from the action; and

d.   discharging US Life from any claims relating to or concerning the Policy and the Funds.

ASHBY & GEDDES

*/s/ Carolyn Hake*
_____
Richard D. Heins (#3000)
Carolyn S. Hake (#3839)
500 Delaware Avenue, 8th Fl.
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for United States Life Insurance Company in the City of New York*

Dated: August 27, 2007
183475.1

3

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1.**

Pursuant to Local Rule 7.1.1, I hereby certify that, given that the defendants have not yet entered appearances in this matter, no discussion was attempted regarding plaintiff The United States Life Insurance Company in the City of New York's motion.

_____
Carolyn S. Hake

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>JAMES R. WITHROW and MYUNG PHAM LEGRO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-511<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF CAROLYN S. HAKE

Carolyn S. Hake, having been duly sworn according to law, deposes and says as follows:

1.   I am an associated with the firm of Ashby & Geddes and am an attorney of record for the plaintiff, The United States Life Insurance Company in the City of New York ("US Life").

2.   In connection with bringing and prosecuting this action, US Life has incurred approximately $2850.00 in costs and attorneys' fees.

*(REMAINDER OF PAGE LEFT INTENTIONALLY BLANK)*

3. These costs and fees have been incurred in connection with, among other things, drafting and filing the complaint, reviewing the file and correspondence among the parties, and research.

*Carolyn S. Hake*
Carolyn S. Hake
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

SWORN TO AND SUBSCRIBED before me this  27  day of August, 2007.

_____
Notary Public

183526.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> JAMES R. WITHROW and MYUNG PHAM LEGRO, <br><br> Defendants. | C.A. No. 07-511 |

## ORDER

WHEREAS, The United States Life Insurance Company in the City of New York ("US Life"), in this interpleader action pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1335, has filed its motion for an order: (I) authorizing the payment of funds into Court; (II) granting costs and attorneys' fees; and (III) authorizing discharge of US Life from further liability and dismissal of US Life from this action (the "Motion"); and

WHEREAS, US Life wishes to deposit the sum of $36,400.00, less its costs and reasonable attorneys' fees, with the Clerk of this Court; and

WHEREAS, the deposit of said Funds is authorized by Fed. R. Civ. P. 67 and subject to Order of the Court,

NOW THEREFORE, IT IS HEREBY ORDERED:

1.   US Life is entitled to reimbursement of costs and attorneys' fees in the amount of $2850.00.

2.   The Clerk of the Court shall accept the sum of $33,550.00 from the plaintiff US Life.

3. Within ten (10) days of receipt of the check representing payment of the aforesaid sum from the plaintiff US Life, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $33,550.00 made payable to Clerk, US District Court and deliver same to Citizens Bank, together with a certified copy of this Order.

4. Upon receipt of said check by Citizens Bank, it shall be deposited in an interest bearing account to be opened in the name of "Office of the Clerk of US District Court, Delaware, Civil Action No. 07-511".

5. The Clerk of the Court shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

6. The funds deposited with the Citizens Bank shall remain on deposit until further order of the Court.

7. US Life is hereby dismissed from this action and discharged from any and all claims relating to or concerning the Policy and the Funds.


Date: _____, __, 2007                           _____
                                                  United States District Judge


183475.1