**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> JAMES R. WITHROW and MYUNG PHAM LEGRO, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 07-511(***) ) ) ) ) ) ) |

**PLAINTIFF'S FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, The United States Life Insurance Company in the City of New York, certifies that the following are parent corporations or publicly held corporations that own 10% or more of its stock: American International Group, Inc.

ASHBY & GEDDES

*/s/ Carolyn S. Hake (#3839)*
_____
Richard D. Heins (#3000)
Carolyn S. Hake (#3839)
500 Delaware Avenue, 8th Fl.
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for United States Life Insurance Company in the City of New York*

Dated: August 31, 2007
183751.1