AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK,
                 Plaintiff,
    V.

JAMES R. WITHROW and MYUNG PHAM LEGRO,
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07-511

TO: (Name and address of Defendant)
    James R. Withrow
    1077 Skeeter Neck Road
    Frederica, DE  19946

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. Heins, Esquire
Carolyn S. Hake, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK            August 21, 2007
                 DATE

_Beth Duncan_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 27, 2007 |
| NAME OF SERVER (PRINT) Carolyn S. Hake, Esquire | TITLE Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Counsel for defendant James R. Withrow, Seitz Van Ogtrop & Green P.A., accepted service of the complaint on his behalf on August 27, 2007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/31/07          *Carolyn S Hake*
             Date             Signature of Server

Ashby & Geddes, 500 Delaware Ave., 8th Floor, Wilm.
Address of Server Delaware 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.