AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____Delaware_____

THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK,
                    Plaintiff,
        V.

JAMES R. WITHROW and MYUNG PHAM LEGRO,
                    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-511

TO: (Name and address of Defendant)

Myung Pham LeGro
2018 Maleady Drive
Herndon, VA  20170

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. Heins, Esquire
Carolyn S. Hake, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           August 21, 2007
CLERK                                     DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/30/2007  9:46pm |
| NAME OF SERVER (PRINT) WILLIAM BARBER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 2018 MALEADY DRIVE HERNDON, VA. 20170

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 95-00 | TOTAL 95-00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/31/07
Date

Signature of Server: William Barber

FAIRFAX, VIRGINIA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.