## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

United States Life Insurance Company
in the City of New York,

      Plaintiff,

   v.

James R. Withrow and Myung Pham LeGro,

      Defendants.

:
:
:
:
:
:
:
:
:
:

Civ. No. 07-511***

## ORDER

At Wilmington this **11th** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, October 31st, 2007 at 2:00 p.m.** with Magistrate Judge Stark to address Plaintiff's Interpleader Complaint (D.I. 1, filed 8/21/07) and Motion to Deposit Funds (D.I. 3, filed 8/27/07).  **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.  If a party has not yet retained counsel and intends to do so, that party should obtain counsel in advance of the teleconference.

To the extent required, Plaintiff should serve Defendants with its Motion to Deposit Funds no later than October 17, 2007.  Counsel and the parties, including any parties unrepresented by counsel, are required to review and be prepared to discuss Plaintiff's Interpleader Complaint and Motion to Deposit Funds during the teleconference.

            _____
            UNITED STATES MAGISTRATE JUDGE