ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 26, 2007

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING
& HAND DELIVERY

Re: *The United States Life Ins. Co. v. James R. Withrow and Myung Pham LeGro*
C.A. No. 07-511 (***)

Dear Judge Stark:

Enclosed for Your Honor's consideration is a proposed Stipulated Judgment and Order in the above-referenced matter. As Your Honor may note, Defendant Myung Pham LeGro is not represented by counsel. Based upon correspondence Ms. LeGro filed with the Court, further correspondence I received from Ms. LeGro, and Ms. LeGro's execution of the Stipulated Judgment and Order, it appears that Ms. LeGro would like to settle this matter despite her apparent belief that she has a bona fide claim to the proceeds of the life insurance policy at issue in this matter.

Your Honor has scheduled a teleconference for Wednesday, October 31, 2007 at 2:00 p.m. to address Plaintiff The United State Life Insurance Company in the City of New York's Interpleader Complaint and Motion to Deposit Funds. While I cannot be sure of the other parties' intentions in light of the proposed Stipulated Judgment and Order, I have circulated dial-in instructions to both Defendants for that call and am planning to participate in the scheduled teleconference if Your Honor would still like to hold the teleconference.

We are grateful for the Court's consideration of the proposed Stipulated Judgment and Order and are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Carolyn Hake

Carolyn S. Hake (I.D. #3839)

Enclosure

cc: Clerk of the Court (via electronic filing)
Kevin A. Guerke, Esquire (via electronic mail; w/encl.)
Myung Pham LeGro (via federal express; w/encl.)

185185.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 07-511 (***) |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | ) | |
| Defendants. | ) | |

**STIPULATED JUDGMENT AND ORDER**

WHEREAS, on August 21, 2007, Plaintiff, The United States Life Insurance Company in the City of New York ("US Life"), filed this interpleader action pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1335 against Defendants James P. Withrow and Myung Pham LeGro in order to obtain a Court determination as to the proper claimant to the life insurance benefits under the combined basic and supplemental life insurance policy that US Life issued to Lisa P. Withrow in the amount of $36,400.00 (the "Policy"); and

WHEREAS, US Life has been caused to expend approximately $1,425.00 in fees and expenses in its attempt to determine which party was entitled to Ms. Withrow's life insurance benefits under the Policy (the "Proceeds"); and

WHEREAS, the parties have agreed to settle this action by agreeing to this form of stipulated judgment (the "Stipulated Judgment"); and

WHEREAS, the parties consent to this Court's entry of the Stipulated Judgment;

IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED that:

1. Judgment is hereby entered in favor of Defendant James P. Withrow and against Defendant Myung Pham LeGro.

2. US Life is entitled to reimbursement of costs and attorneys' fees in the amount of $1,425.00, which is to be paid out of the Proceeds.

3. US Life is directed to disburse the remaining Proceeds under the Policy, amounting to $34,975.00, to James P. Withrow, solely.

4. US Life is hereby discharged from any and all claims relating to or concerning the Policy and/or the Proceeds.

5. Defendant James P. Withrow and Defendant Myung Pham LeGro are permanently enjoined from instituting any proceeding or action against US Life relating to or concerning the Policy and/or the Proceeds.

6. The entry of this Stipulated Judgment shall constitute a final judgment in this action, provided however that the Court shall retain jurisdiction over this matter for the purpose of enforcing this Stipulated Judgment among the parties.

| ASHBY & GEDDES | SEITZ VAN OGTROP & GREEN P.A. |
|---|---|
| */s/ Carolyn S. Hake* | */s/ Kevin A. Guerke (#4096)* |
| Richard D. Heins (#3000)<br>Carolyn S. Hake (#3839)<br>500 Delaware Avenue, 8th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 | Kevin A. Guerke (#4096)<br>222 Delaware Avenue<br>Suite 1500, Box 68<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600 |
| *Attorneys for United States Life Insurance Company in the City of New York* | *Attorneys for James P. Withrow* |

| Myung Pham LeGro<br>[signature]<br>2018 Maleady Drive<br>Herndon, Virginia 20170<br><br>*Myung Pham LeGro* | |
|---|---|

Dated: October 26, 2007

SO ORDERED this __________ day of __________, 2007.

______________________________
United States Magistrate

184065.1