IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States Life Insurance Company<br>in the City of New York,<br><br>               Plaintiff,<br><br>   v.<br><br>James R. Withrow and Myung Pham LeGro,<br><br>              Defendants. | Civ. No. 07-511*** |

## ORDER

At Wilmington this 6th day of **November, 2007**.

IT IS ORDERED that any party or attorney that has yet to file a notice of appearance with the Court in the above-entitled matter and intends to do so should file an appearance no later than November 14, 2007.

IT IS FURTHER ORDERED that any party that consents to the jurisdiction of a magistrate judge, pursuant to 28 U.S.C. § 636, shall execute and file the appropriate consent form provided by the Court (D.I. 2). Unless, no later than November 21, 2007, a consent or consents are filed by all parties who have entered an appearance, the Court will treat this as a matter in which the parties have not consented to magistrate jurisdiction.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE