# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States Life Insurance Company<br>In the City of New York | §<br>§<br>§ | C.A. NO. 07-511*** |
| Plaintiff, | § | |
| vs. | §<br>§ | |
| James R. Withrow and<br>Myung Pham LeGro, | §<br>§<br>§ | |
| Defendants. | § | |

## ENTRY OF APPEARANCE

*PLEASE ENTER THE APPEARANCE* of Kevin A. Guerke, Esquire on behalf of Defendant, James R. Withrow, in the above captioned matter.

                             **SEITZ, VAN OGTROP & GREEN, P.A.**

BY:   */s/ Kevin A. Guerke*
        KEVIN A. GUERKE, ESQ. (DE #4096)
        222 Delaware Avenue
        Suite 1500
        P.O. Box 68
        Wilmington, DE  19899
        (302) 888-0600
        *Attorneys for Defendant, James R. Withrow*

DATED: November 12, 2007

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esq. do hereby certify that on the 12th day of November, 2007, copies of the within Entry of Appearance were served by First Class Mail as follows:

| | |
|---|---|
| Carolyn S. Hake, Esq.<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Myung Pham LeGro<br>2018 Maleady Drive<br>Herndon, VA 20170 |

*/s/ Kevin A. Guerke*
KEVIN A. GUERKE, ESQ. (DE#4096)

61878 v1