# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-511-LPS |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | : |
| Defendants. | : |

## ORDER GRANTING MOTION FOR DEPOSIT OF FUNDS WITH
## THE CLERK OF THE COURT AND REQUIRING DEFENDANTS TO INTERPLEAD

WHEREAS, the United States Life Insurance Company in the City of New York ("US Life"), in this interpleader action filed pursuant to 28 U.S.C. § 1335 (D.I. 1), has filed a Motion of Interpleader Plaintiff for an Order: (I) Authorizing the Payment of Funds Into Court; (II) Granting Costs and Attorneys' Fees; and (III) Authorizing Discharge of US Life From Further Liability and Dismissal From Action; and

WHEREAS, US Life wishes to deposit the sum of $36,400.00, less its costs and attorneys' fees (the "Funds"), with the Clerk of this Court; and

WHEREAS, the deposit of said funds is authorized by Fed. R. Civ .P. 67 and subject to Order of the Court,

NOW THEREFORE, IT IS HEREBY ORDERED:

1. US Life is entitled to reimbursement of costs and attorneys' fees in the amount of $1,425.00.

2. The Clerk of the Court shall accept the remaining sum of

$34,975.00 from the plaintiff US Life.

3. Within ten (10) days of receipt of the check representing payment of the aforesaid sum from the plaintiff US Life, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $34,975.00 made payable to Clerk, US District Court and deliver same to Citizens Bank, together with a certified copy of this Order.

4. Upon receipt of said check by Citizens Bank, it shall be deposited in an interest bearing account to be opened in the name of "Office of the Clerk of US District Court, Delaware, Civil Action No. 07-511-LPS."

5. The Clerk of the Court shall deduct from the income earned from the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

6. The funds deposited with Citizens Bank shall remain on deposit until further order of the Court.

7. US Life is hereby dismissed from this action and discharged from any and all claims relating to or concerning the Funds.

8. Defendants James R. Withrow and Myung Pham LeGro **shall each file with the Court, no later than Friday, December 7, 2007, an Answer, not to exceed two pages in length, establishing why that Defendant has the right to the proceeds of Lisa P. Withrow's life insurance policy,** which named Ms. LeGro as sole primary beneficiary at the time of Ms. Withrow's death. To the extent either party

fails to file a timely Answer, the Court will entertain a request to enter an Order for default judgment.

DATED: November 28, 2007

_____
UNITED STATES MAGISTRATE JUDGE