## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK** | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No.  07-511-LPS** |
| **v.** | : | |
| | : | |
| **JAMES R. WITHROW and MYUNG PHAM LEGRO** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Seth A. Niederman, Esquire on behalf of

Defendant Myung Pham Legro, in the above captioned matter.

**FOX ROTHSCHILD LLP**

/s/ Seth A. Niederman, Esquire
Seth A. Niederman, Esquire (No. 4588)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. 2323
Wilmington, DE  19899-2323
Tel: (302) 622-4238 / Fax: (302) 656-8920
sniederman@foxrothschild.com

Attorneys for Defendant,
Myung Pham Legro

Dated:  November 29, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certify that two (2) copies of the attached pleading were served this 29th day of November, 2007 on the following individuals by First Class Mail, postage prepaid:

Carolyn S. Hake, Esquire
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

Kevin A. Guerke, Esquire
SEITZ VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

/s/ Seth A. Niederman, Esquire
Seth A. Niederman, Esquire (No. 4588)

WM1A 144954v1 11/29/07