IN THE UNITED STATES DISTRICT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | § § § § | |
| Plaintiff, | § § | C.A. No. 07-511-LPS |
| v. | § § | |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | § § § | JURY TRIAL OF 12 DEMANDED |
| Defendants. | § § | |

## JAMES R. WITHROW'S MOTION TO ENFORCE STIPULATED JUDGMENT AND ORDER

COMES NOW, Defendant James R. Withrow, ("Mr. Withrow") by and through his undersigned counsel, and respectfully moves the Court to enforce the parties' Stipulated Judgment and Order. In support hereof, Mr. Withrow submits his Opening Brief.

**SEITZ, VAN OGTROP & GREEN, P.A**

/s/ Kevin A. Guerke
**JAMES S. GREEN, SR., ESQ. (DE0481)**
**KEVIN A. GUERKE, ESQ. (DE4096)**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
    Attorneys for Defendant
    James R. Withrow

Dated:  December 10, 2007

62398v1 v1

## **CERTIFICATE OF SERVICE**

I, Kevin A. Guerke, Esquire, hereby certify that on this 10th day of December, 2007, I electronically filed the following *Defendant James R. Withrow's Motion to Enforce Stipulated Judgment and Order* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

                                        /s/  Kevin A. Guerke
                                        Kevin A. Guerke (ID No. 4096)
                                        kguerke@svglaw.com