IN THE UNITED STATED DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | C.A. No. 07-511-LPS |
| JAMES R. WITHROW and MYUNG PHAM LEGRO. | : : : | |
| Defendants. | : | |

**MYUNG PHAM LEGRO'S RESPONSE IN OPPOSITION TO
MOTION TO ENFORCE STIPULATED JUDGMENT AND ORDER**

COMES NOW, Defendant Myung Pham Legro ("Ms. Legro"), by and through her undersigned counsel, and respectfully moves this Court to deny Mr. Withrow's Motion to Enforce Stipulated Judgment and Order. In support hereof, Ms. Legro submits her Opening Brief.

FOX ROTHSCHILD LLP

/s/ Seth A. Niederman, Esquire
J. Breck Smith, Esquire (No. 2937)
Seth A. Niederman, Esquire (No. 4588)
Sophia Siddiqui, Esquire (No. 4914)
919 N. Market Street, Suite 1300
P.O. 2323
Wilmington, DE 19899-2323
Tel: (302) 622-4238 / Fax: (302) 656-8920
sniederman@foxrothschild.com

Attorneys for Defendant,
Myung Pham Legro

Dated: December 20, 2007

WM1A 252696v1 12/20/07