**SEITZ, VAN OGTROP & GREEN, P.A.**
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7607
Writer's E-Mail Address: kguerke@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

January 4, 2008

**Via CM/ECF and Hand Delivery**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 2325
Wilmington, DE 19801

    RE:  *THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK v. JAMES R. WITHROW and MYUNG PHAM LEGRO (C.A. No. 07-511-LPS)*

Your Honor:

    Defendant James R. Withrow hereby requests oral argument on his Motion to Enforce Stipulated Judgment and Order, which was filed on December 10, 2007 (D.I. 21).

                               Sincerely,

                               Kevin Guerke

KG/cmd

Cc: Seth A. Neiderman, Esq. (via CM/ECF)
    Carolyn Hake, Esq. (via CM/ECF)