IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

United States Life Insurance Company
in the City of New York,

        Plaintiff,

v.           Civ. No. 07-511-LPS

James R. Withrow and Myung Pham LeGro,

        Defendants.

## ORDER

At Wilmington this **16th** day of **January, 2008**.

IT IS ORDERED that oral argument on James R. Withrow's pending Motion to Enforce the Court's Judgment and Order ( d.i. 21 ) is hereby scheduled for **January 28th, 2008** at **10:00 AM** in courtroom 2A before the Honorable Leonard P. Stark.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE