IN THE UNITED STATES DISTRICT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | § § § | |
| Plaintiff, | § § | C.A. No. 07-511-LPS |
| v. | § § | |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | § § § | JURY TRIAL OF 12 DEMANDED |
| Defendants. | § § | |

## JAMES R. WITHROW'S ANSWER TO CROSSCLAIM

Defendant James R. Withrow ("Mr. Withrow"), by and through his undersigned counsel, hereby answers the Crossclaim of Myung Pham LeGro ("LeGro") as follows:

1. Admitted only that Plaintiff produced a document purportedly naming LeGro sole named primary beneficiary under the Policy at the time of Ms. Withrow's death.

### COUNT I

**Unjust Enrichment**

2. Denied.

3. Denied.

4. Denied.

### COUNT II

**Declaratory Judgment**

5. Mr. Withrow repeats and realleges his answers above as if set forth at length herein.

6. Admitted.

62920v1

7.  Admitted.

8.  Admitted only that LeGro seeks declaration that she is sole primary beneficiary to the Policy.

**Affirmative Defenses**

1.  LeGro's claims are barred by the doctrines of waiver, estoppel, unclean hands, and accord and satisfaction.

2.  LeGro's claims are barred because she agreed to settle the matter.

3.  LeGro's claims are barred for the reasons identified in Mr. Withrow's Answer to Interpleader Complaint and Crossclaim.

WHEREFORE, James R. Withrow requests judgment in his favor, plus costs, fees, interest, and any other relief the Court deems just and proper.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Kevin A. Guerke
JAMES S. GREEN (DE 0481)
KEVIN A. GUERKE (DE 4096)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899
(302) 888-0600
Attorneys for Defendant
    James R. Withrow

DATED: January 16, 2008

62920 v1

2

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on this 16th day of January 2008, I filed the foregoing *James R. Withrow's Answer to Crossclaim* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record:

    Seth A. Neiderman, Esq.
    Citizens Bank Center
    919 N. Market Street, Suite 1300
    P.O. 2323
    Wilmington, DE  19899-2323

    /s/ Kevin A. Guerke
    Kevin A. Guerke (ID No. 4096)

62640v1