# SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7607
Writer's E-Mail Address: kguerke@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

January 18, 2008

**Via CM/ECF and Hand Delivery**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 2325
Wilmington, DE 19801

> RE: *THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK v. JAMES R. WITHROW and MYUNG PHAM LEGRO*
> *(C.A. No. 07-511-LPS)*

Your Honor:

    I represent Mr. Withrow in the above-captioned matter. Mr. Withrow demanded a trial by jury in his initial pleading pursuant to Rule 38. I inadvertly failed to fill in jury trial in paragraph 14 of the proposed scheduling order when I submitted it for your consideration. As a result, the Court's January 16, 2008 Scheduling Order schedules a four day bench trial.

    I therefore request this case be set for a jury trial. I apologize for the confusion.

    Please contact me if you have any questions.

Sincerely,

Kevin Guerke
Bar No. 4096

KG/cmd

cc: Seth A. Niederman, Esq. (via CM/ECF)

62959 v1