IN THE UNITED STATED DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | : : : : | |
| Plaintiff, | : : | C.A. No. 07-511-LPS |
| v. | : : | |
| JAMES R. WITHROW and MYUNG PHAM LEGRO. | : : : | |
| Defendants. | : | |

### NOTICE OF SERVICE

The undersigned hereby certifies that one (1) copy of Defendant Myung Pham LeGro's INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) were served this 22nd day of January 2008 on the following individual by first class mail, postage pre-paid:

>Kevin A. Guerke, Esquire
>SEITZ VAN OGTROP & GREEN, P.A.
>222 Delaware Avenue, Suite 1500
>P.O. Box 68
>Wilmington, Delaware 19899

FOX ROTHSCHILD LLP

/s/ Seth A. Niederman, Esquire
J. Breck Smith, Esquire (No. 2937)
Seth A. Niederman, Esquire (No. 4588)
Sophia Siddiqui, Esquire (No. 4914)
919 N. Market Street, Suite 1300
P.O. 2323
Wilmington, DE 19899-2323
Tel: (302) 622-4238 / Fax: (302) 656-8920
sniederman@foxrothschild.com

*Attorneys for Defendant,*
*Myung Pham Legro*

Dated: January 22, 2008

WM1A 623212v1 01/22/08