IN THE UNITED STATES DISTRICT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | § § § | |
| Plaintiff, | § § | C.A. No. 07-511-LPS |
| v. | § § | |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | § § § | JURY TRIAL OF 12 DEMANDED |
| Defendants. | § § | |

**NOTICE OF SERVICE**

I, Kevin A. Guerke, Esquire, hereby certify that on this 23rd day of January 2008, I served the foregoing *Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) of James R. Withrow* on the following party as follows:

**Via First Class Mail**
Seth A. Neiderman, Esq.
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. 2323
Wilmington, DE  19899-2323

/s/ Kevin A. Guerke
Kevin A. Guerke (ID No. 4096)

63035v1