

# Fox Rothschild LLP
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Seth A. Niederman
Direct Dial: (302) 622-4238
Email Address: sniederman@foxrothschild.com

January 29, 2008

**Sent via CM/ECF and Hand Delivery**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 North King Street
Room 2325
Wilmington, DE 19801

Re: **The United States Life Insurance Company In the City of New York v. James R. Withrow and Myung Pham LeGro C.A. No. 07-511-LPS**

Dear Judge Stark:

In response to Your Honor's Order to submit Legro's position on James R. Withrow's Letter Request for a Jury Trial in the above referenced matter, Ms. Legro respectfully submits that, "[i]nterpleader actions are tried by the Court in accordance with 28 U.S.C. § 2361." Mobley v. Metropolitan Life Insurance Company, et al., 907 F. Supp. 495 (D.D.C. 1995). As such, Ms. Legro requests that Mr. Withrow's request for a jury trial be denied.

Respectfully Yours,

Seth A. Niederman

cc: Kevin Geurke, Exquire (via cm/ecf)

WM1A 693409v1 01/29/08

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania