IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States Life Insurance<br>Company in the City of New York, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 07-511-LPS |
| James R. Withrow and<br>Myung Pham Legro, | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **31ST day of January, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **February 6th, 2008 at 3:30 PM** with Magistrate Judge Stark to discuss the status of the case, including the possibility of alternative dispute resolution, the possibility of abbreviated and accelerated discovery, and whether briefing will be required to resolve the parties' dispute as to whether trial should be a bench or jury trial.

**Counsel for James R. Withrow shall initiate the teleconference call to 302-573-4573.** Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE