## SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7607
Writer's E-Mail Address: kguerke@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

February 12, 2008

**Via CM/ECF and Hand Delivery**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 2325
Wilmington, DE 19801

    RE:    *THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK v. JAMES R. WITHROW and MYUNG PHAM LEGRO*
           (C.A. No. 07-511-LPS)

Your Honor:

    I have discussed mediation with Mr. Niederman. The parties have agreed to accept your offer to mediate this case. The parties further request scheduling the mediation session at your earliest opportunity. Thank you for your consideration in this matter.

    Please do not hesitate to contact me if you have any questions.

                          Sincerely,

                          Kevin Guerke
                          Bar No. 4096

KG/cmd

cc:    Seth A. Niederman, Esq. (via CM/ECF)
        The Honorable Mary Pat Thynge (via Hand Delivery)

63364 v1