IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | : :  : |
| Plaintiff, | : : |
| v. | : Civ. No. 07-511-LPS : |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **13th** day of **February, 2008**.

IT IS ORDERED that the teleconference scheduled for Thursday, February 14, 2008 at 3:30 p.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved, and the types of alternative dispute resolutions available, including mediation is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE