# SEITZ, VAN OGTROP & GREEN, P.A.
### ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7607
Writer's E-Mail Address: kguerke@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

February 29, 2008

**Via CM/ECF and Hand Delivery**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 2325
Wilmington, DE 19801

  RE: *THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK v. JAMES R. WITHROW and MYUNG PHAM LEGRO (C.A. No. 07-511-LPS)*

Your Honor:

  I am pleased to inform the Court that Mr. Withrow and Ms. LeGro have reached an agreement in principle to settle the above captioned matter. The parties intend to reduce that agreement in principle to writing and to submit a Stipulation to the Court for Your Honor's approval. Therefore, I request the mediation scheduled for Monday, March 3, 2008 be taken off the Court's calendar. The parties appreciate Your Honor's assistance and willingness to mediate this dispute in such a short period of time.

  Please do not hesitate to contact me if any questions.

        Respectfully,

        *Kevin Guerke*
        Kevin Guerke
        Bar No. 4096

KG/cmd
cc: Seth A. Niederman, Esq. (via CM/ECF)
   James Withrow (via Regular Mail)

63700 v1