IN THE UNITED STATES DISTRICT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | § § § § § § § § § § | C.A. No. 07-511-LPS |
| Plaintiff, | | |
| v. | | |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | | JURY TRIAL OF 12 DEMANDED |
| Defendants. | | |

**JOINT MOTION TO WITHDRAW FUNDS
<u>PURSUANT TO FED.R.CIV.P. 67</u>**

Now comes defendants James R. Withrow ("Withrow") and Myung Pham LeGro ("LeGro") (collectively "Defendants"), through their undersigned counsel, and move this Court to distribute funds deposited with the Court by former plaintiff The United States Life Insurance Company of the City of New York ("US Life") in the above-captioned action. In support hereof, Defendants state as follows:

WHEREAS, this action arose out of a dispute between Withrow and LeGro over a life insurance policy issued by US Life ("Policy") to the late Lisa P. Withrow; and

WHEREAS in connection with such dispute, US Life filed an Interpleader Complaint on August 21, 2007; and

WHEREAS, on or about December 12, 2007, US Life deposited $34,975.00 with the Clerk of the Court of the U.S. District Court for the District of Delaware, pursuant to the Court's November 28, 2007 Order, representing the proceeds of the Policy less US Life's fees and costs, which funds were placed in an interest-bearing account at Citizens Bank (the "Account") pending the outcome of this litigation, and

WHEREAS, US Life was dismissed from this case on November 28, 2007; and

63752v1 v1

WHEREAS, prior to a court-ordered mediation with Magistrate Judge Stark scheduled to commence on March 3, 2008, Defendants agreed to settle the present action (the "Settlement"); and

WHEREAS, under the terms of the Settlement, Defendants agreed that LeGro would receive $10,000.00 from the proceeds of the Account, and Withrow would receive the remaining $24,975.00, plus any accrued interest from the proceeds of the Account; and

WHEREAS, upon satisfaction of the terms of the Settlement, the parties shall dismiss this action with prejudice.

NOW THEREFORE, Defendants respectfully request that the Court grant the present Motion and enter the attached Order releasing all proceeds of the Account (including interest but minus any fees retained by the Court) to Withrow's counsel, Seitz, Van Ogtrop & Green, P.A., to be distributed to the parties in accordance with the Order.

**Respectfully Submitted,**

/s/ Kevin A. Guerke
James S. Green, Sr., Esq. (DE0481)
Kevin A. Guerke, Esq. (DE4096)
SEITZ, VAN OGTROP & GREEN, P.A
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
*Attorneys for Defendant James R. Withrow*

/s/ Seth A. Niederman
J. Breck Smith, Esq. (DE2937)
Seth A. Niederman, Esq. (DE4588)
Sophia Siddiqui, Esq. (DE4914)
FOX ROTHCHILD LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323
*Attorneys for Myung Pham LeGro*

Dated:  March 14, 2008

63752v1

IN THE UNITED STATES DISTRICT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | § § § | |
| Plaintiff, | § § § | C.A. No. 07-511-LPS |
| v. | § § | |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | § § § | JURY TRIAL OF 12 DEMANDED |
| Defendants. | § § | [RE: D.I. |

## ORDER

This Court, upon consideration of Defendants' Joint Motion to Withdraw Funds Pursuant to Fed. R. Civ. P. 67, hereby orders that said Motion is GRANTED. In connection therewith, the Court hereby orders that:

1. The proceeds of the account at Citizens Bank opened in connection with this action on or about December 12, 2007 ("Account"), including interest thereupon but minus any fees to be retained by the Court (the "Proceeds"), shall be released to Defendant James R. Withrow's counsel, Seitz, Van Ogtrop & Green, P.A. ("Escrow Agent"). As of December 12, 2007, the Proceeds totaled $34,975.00.

2. Upon distribution of the Proceeds, the Account shall be closed by the Court.

3. Escrow Agent shall distribute the Proceeds as follows:

    a. $10,000.00 of the Proceeds shall be released to Defendant Myung Pham LeGro ("LeGro");

53548 v1

    b.  The remainder of the Proceeds shall be released to James R. Withrow, plus any accrued interest.

  4.  Upon satisfaction of the above conditions, the parties shall promptly dismiss this action with prejudice.

  So ORDERED on this ____ day of _____ 2008.

                _____
                Hon. Leonard P. Stark
                Magistrate Judge

63756 v1

**CERTIFICATE OF SERVICE**

I, Kevin A. Guerke, Esquire, hereby certify that on this 14th day of March, 2008, I electronically filed the following ***Joint Motion to Withdraw Funds Pursuant to Fed. R. Civ. P. 67*** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

>J. Breck Smith, Esq. (DE2937)
>Seth A. Niederman, Esq. (DE4588)
>Sophia Siddiqui, Esq. (DE4914)
>FOX ROTHCHILD LLP
>919 N. Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE  19899-2323

>*/s/ Kevin A. Guerke*
>Kevin A. Guerke (ID No. 4096)
>kguerke@svglaw.com

63752v1 v1