IN THE UNITED STATES DISTRICT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | § § § § | |
| Plaintiff, | § § | C.A. No. 07-511-LPS |
| v. | § § | |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | § § § § | JURY TRIAL OF 12 DEMANDED |
| Defendants. | § § | [RE: D.I. |

## ORDER

This Court, upon consideration of Defendants' Joint Motion to Withdraw Funds Pursuant to Fed. R. Civ. P. 67, hereby orders that said Motion is GRANTED. In connection therewith, the Court hereby orders that:

1. The proceeds of the account at Citizens Bank opened in connection with this action on or about December 12, 2007 ("Account"), including interest thereupon but minus any fees to be retained by the Court (the "Proceeds"), shall be released to Defendant James R. Withrow's counsel, Seitz, Van Ogtrop & Green, P.A. ("Escrow Agent"). As of December 12, 2007, the Proceeds totaled $34,975.00.

2. Upon distribution of the Proceeds, the Account shall be closed by the Court.

3. Escrow Agent shall distribute the Proceeds as follows:

   a. $10,000.00 of the Proceeds shall be released to Defendant Myung Pham LeGro ("LeGro");

53548 v1

      b.    The remainder of the Proceeds shall be released to James R. Withrow, plus any accrued interest.

    4.    Upon satisfaction of the above conditions, the parties shall promptly dismiss this action with prejudice.

So ORDERED on this 19th day of March 2008.

_____
Hon. Leonard P. Stark
Magistrate Judge