IN THE UNITED STATES DISTRICT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | § § § | C.A. No. 07-511-LPS |
| Plaintiff, | § § | |
| v. | § § | |
| JAMES R. WITHROW and MYUNG PHAM LEGRO, | § § § | JURY TRIAL OF 12 DEMANDED |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED** by Defendants James R. Withrow and Myung Pham Legro, through their undersigned counsel, that the above action is hereby dismissed with prejudice.

SEITZ, VAN OGTROP & GREEN, P.A                FOX ROTHCHILD LLP

/s/ *Kevin A. Guerke*                                          /s/ *Seth A. Niederman*
Kevin A. Guerke, Esquire (DE4096)            Seth A. Niederman, Esquire (DE4588)
222 Delaware Avenue, Suite 1500              919 N. Market Street, Suite 1300
P. O. Box 68                                                    P.O. Box 2323
Wilmington, DE  19899-0068                     Wilmington, DE  19899-2323
(302) 888-0600                                              (302) 654-7444
Attorneys for Defendant                              Attorneys for Defendant
   James R. Withrow                                     Myung Pham Legro

65706 v1

**CERTIFICATE OF SERVICE**

I, Kevin A. Guerke, Esquire, hereby certify that on this 21st day of August, 2008, I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

>Seth A. Niederman, Esq. (DE4588)
>FOX ROTHCHILD LLP
>919 N. Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE  19899-2323


>*/s/  Kevin A. Guerke*
>Kevin A. Guerke (ID No. 4096)
>kguerke@svglaw.com